UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, <br><br> Plaintiff, <br><br> vs. <br><br> MARWAN ZEIDAN, d/b/a THE POSTER SHOP CAFÉ; HAIGHT ASHBURY POSTERS, INC., and AFTERTHOUGHT ENTERPRISES, <br><br> Defendants. | Case No:  C 11-4916 SBA <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Plaintiff has filed an ex parte application for a temporary restraining order.  Dkt. 4. To expedite resolution of said application, the Court construes the ex parte application as a motion for preliminary injunction and enters the following scheduling order:

1.      Defendants shall file their opposition to Plaintiff's motion for preliminary injunction by October 19, 2011.

2.      Plaintiff shall file their reply by October 21, 2011.

3.      Upon submission of Plaintiff's reply, the Court will either schedule the matter for hearing or issue a decision on the motion without a hearing in accordance with Civil Local Rule 7-1(b).

4.      Plaintiff shall personally serve a copy of this Order on Defendants (or Defendants' counsel if appropriate) forthwith and file a Certificate of Service evidencing the same.

IT IS SO ORDERED.

Dated:  October 12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge