1

2  UNITED STATES DISTRICT COURT

3  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  OAKLAND DIVISION

5

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT,<br><br>Plaintiff,<br><br>vs.<br><br>MARWAN ZEIDAN, d/b/a THE POSTER SHOP CAFÉ; HAIGHT ASHBURY POSTERS, INC., and AFTERTHOUGHT ENTERPRISES,<br><br>Defendants. | Case No: C 11-4916 SBA<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |

On October 13, 2011, the Court issued a scheduling order directing Defendants to respond to Plaintiff's motion for preliminary injunction by October 19, 2011. Dkt. 15. On October 22, 2011, the Court received a letter from counsel purporting to represent Defendants. Dkt. 22. In his letter, counsel states that he had recently been retained by Defendants, and that he has been in contact with Plaintiff's counsel in an attempt to reach a resolution concerning the motion. To that end, counsel has requested an extension of time to respond to the motion for preliminary injunction. There being no opposition from Plaintiff, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants' request for an extension of time to respond to Plaintiff's motion for preliminary injunction is GRANTED. Defendants shall have until November 22, 2011 to file their opposition brief and supporting papers. Plaintiff's reply thereto shall be filed by no later than November 29, 2011. Upon submission of Plaintiff's reply, the Court will either schedule the matter for hearing or issue a decision on the motion without a hearing in accordance with Civil Local Rule 7-1(b).

1  IT IS SO ORDERED.
2  Dated: November 7, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge