**Not For Publication**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, <br><br> Plaintiff, <br><br> v. <br><br> MARWAN ZEIDAN., et al., <br><br> Defendants. | No. C-11-4916 SBA (NJV) <br><br> **ORDER REQUIRING FURTHER BRIEFING RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

The district court has referred Plaintiff's *ex parte* motion for default judgment to the undersigned for a report and recommendation. *See* Doc. No. 39. The Court has reviewed Plaintiff's moving papers and requires additional evidence to issue its report and recommendation. Although Plaintiff establishes that infringing items published by defendant Afterthought were eventually sold in San Francisco and that Afterthought was served with notice of the action (Doc. Nos. 29, 33-1, 38; *see also* Doc. No. 1 at ¶¶ 37, 39, 43), Plaintiff does not sufficiently establish that Afterthought, a sole proprietorship located in British Columbia, Canada, is subject to the district court's personal jurisdiction. No later than May 14, 2012, Plaintiff shall file a supplemental declaration describing the minimum contacts Afterthought has had with California, and demonstrating that these contacts (or any other basis for personal jurisdiction) are sufficient to subject Afterthought to the district court's personal jurisdiction.

**IT IS SO ORDERED**.

Dated: May 3, 2012

Nandor J. Vadas
United States Magistrate Judge