United States District Court

For the Northern District of California

1
2
3                          **Not For Publication**
4                  UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    BILL GRAHAM ARCHIVES LLC, d/b/a          No. C-11-4916 SBA (NJV)
     WOLFGANG'S VAULT,
8                                             **ORDER  REQUIRING  FURTHER
            Plaintiff,                        BRIEFING  RE  PLAINTIFF'S  MOTION
9                                             FOR DEFAULT JUDGMENT**
        v.
10
     MARWAN ZEIDAN., et al.,
11
            Defendants.
12
     _____/
13
14          The district court has referred Plaintiff's *ex parte* motion for default judgment to the
15   undersigned for a report and recommendation.  *See* Doc. No. 39.  The Court has reviewed Plaintiff's
16   moving papers and requires additional evidence to issue its report and recommendation.  Although
17   Plaintiff establishes that infringing items published by defendant Afterthought were eventually sold
18   in San Francisco and that Afterthought was served with notice of the action (Doc. Nos. 29, 33-1, 38;
19   *see also* Doc. No. 1 at ¶¶ 37, 39, 43), Plaintiff does not sufficiently establish that Afterthought, a
20   sole proprietorship located in British Columbia, Canada, is subject to the district court's personal
21   jurisdiction.  No later than May 14, 2012, Plaintiff shall file a supplemental declaration describing
22   the minimum contacts Afterthought has had with California, and demonstrating that these contacts
23   (or any other basis for personal jurisdiction) are sufficient to subject Afterthought to the district
24   court's personal jurisdiction.
25
26          **IT IS SO ORDERED**.
27   Dated:  May 3, 2012
28                                             _____
                                               Nandor J. Vadas
                                               United States Magistrate Judge