Jennifer A. Golinveaux (SBN: 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5802
jgolinveaux@winston.com
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Michael S. Elkin (Admitted *Pro Hac Vice*)
Thomas Patrick Lane (Admitted *Pro Hac Vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
melkin@winston.com
tlane@winston.com
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

Attorneys for Plaintiff
BILL GRAHAM ARCHIVES LLC
d/b/a WOLFGANG'S VAULT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>MARWAN ZEIDAN, d/b/a THE POSTER SHOP CAFÉ; HAIGHT ASHBURY POSTERS, INC.; and AFTERTHOUGHT ENTERPRISES INC.,<br><br>    Defendants. | **Case No. cv-11-4916 SBA**<br><br>**STIPULATION TO DISMISSAL OF DEFENDANTS MARWAN ZEIDAN, d/b/a THE POSTER SHOP CAFÉ AND HAIGHT ASHBURY POSTERS, INC. FROM THIS ACTION WITH PREJUDICE IN SETTLEMENT AND ORDER** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT and Defendants MARWAN ZEIDAN, d/b/a THE POSTER SHOP CAFÉ and HAIGHT ASHBURY POSTERS, INC. (the "U.S. Defendants") stipulate to the voluntary dismissal of the U.S. Defendants from this action with prejudice pursuant to the terms of their settlement agreement with Plaintiff.

Plaintiff and the U.S. Defendants further stipulate, and request that the Court order, that the

1

Court retain jurisdiction over the case for the purposes of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

This action continues as to Defendant AFTERTHOUGHT ENTERPRISES, which is currently in default.

Dated: May 15, 2012                WINSTON & STRAWN LLP

By:   /s/
      Jennifer A. Golinveaux
      Michael S. Elkin
      Thomas Lane

      Attorneys for Plaintiff
      BILL GRAHAM ARCHIVES LLC
      D/B/A WOLFGANG'S VAULT

Dated: May 15, 2012

By:   /s/
      Benjamin A. Thompson
      Steven Sheriff Abern

      Attorneys for Defendants
      MARWAN ZEIDAN, d/b/a THE
      POSTER SHOP CAFÉ; HAIGHT
      ASHBURY POSTERS, INC.

I attest that concurrence in the filing of this document has been obtained from Benjamin A. Thompson, counsel for Defendant.

By: /s/ Jennifer A. Golinveaux
    Jennifer A. Golinveaux

**STIP TO DISMISSAL AS TO U.S. DEFENDANTS W/ PREJUDICE IN SETTLEMENT AND [PROPOSED] ORDER   Case No. cv-11-4916 SBA**

1  IT IS SO ORDERED, this _17TH day of May, 2012.

_____
Hon. Saundra Brown. Armstrong
United States District Judge

SF:332418.2

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

3

**STIP TO DISMISSAL AS TO U.S. DEFENDANTS W/ PREJUDICE IN SETTLEMENT AND [PROPOSED] ORDER   Case No. cv-11-4916 SBA**